**ORDERED.**

TIFFANY & BOSCO P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-32789

Dated: February 16, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gregory P. Lokken and Karen L. Lokken<br>     Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>     Movant,<br>  vs.<br>Gregory P. Lokken and Karen L. Lokken, Debtors,<br>Gayle E. Mills, Trustee.<br><br>     Respondents. | No. 4:09-BK-30706-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> LOT 225, JOHNSON RANCH UNIT IS, according to the plat of record in the office of the County Recorder ofPinal County, Arizona, in Cabinet D, Slide 35;
>
> Except all oil, gas, other hydrocarbon substances, helium or other substances ofa gaseous nature, coal, metals, minerals, fossils, fertilizer ofevery name and description and except all uranium, thorium or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials whether or not ofcommercial value, as set forth in Section 37-231, ARS.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.